**No. 56225.**—The Otto Gerdau Co. and Quong Mee Yuen & Co. *v.* United States, protests 174258–K and 173035–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.

**No. 56226.**—Austin Nichols & Co., Inc., et al. *v.* United States, protests 174729–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested not found were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested not found. The protests were sustained to this extent.

**No. 56227.**—The A. W. Fenton Co., Inc. *v.* United States, protest 173783–K (Cleveland).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

JANUARY 3, 1952

**No. 56228.**—Fleischmann Distilling Corporation *v.* United States, protest 158670–—Abstract 56131. (Initial No. 165037–K.) Plaintiff's application for rehearing granted.